E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN J. WEIR (Cal. Bar No. 312418)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6228
    Facsimile: (951) 276-6202
    E-mail: Benjamin.Weir@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>MONICA CASTRUITA,<br><br>    Defendant. | ED CR No. 21-228-JWH<br><br>GOVERNMENT'S SENTENCING POSITION FOR DEFENDANT MONICA CASTRUITA<br><br>**Sentencing Date:** 1/6/23<br>**Sentencing Time:** 2:00 PM |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and Assistant United States Attorney Benjamin J. Weir, hereby files its sentencing position as to defendant Monica Castruita.

The government's position regarding sentencing is based upon the attached memorandum of points and authorities, the files and records in this case, the Presentence Report ("PSR"), and any other evidence or argument that the Court may wish to consider at the time of

///

sentencing.  The government respectfully requests the opportunity to supplement its position or respond to defendant as may become necessary.

Dated: November 25, 2022

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

          /s/
BENJAMIN J. WEIR
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ii

**I.   INTRODUCTION**

Defendant Monica Castruita comes before the Court for sentencing after having pleaded guilty to count one of the Indictment, which charged her with Bank Fraud in violation of 18 U.S.C. § 1344(2). Defendant's conduct consisted of breaking into P.O. Boxes, stealing mail, and thereafter altering a check to make it payable to herself. Defendant has eight previous misdemeanor convictions and several traffic infractions.  She also has pending state felony charges for grand theft, taking a vehicle without consent, and hit and run resulting in injury or death.  (PSR ¶¶ 58-60.)

Based on the appropriate sentencing considerations in 18 U.S.C. § 3553(a), the government respectfully requests a mid-Guideline range sentence of five months' imprisonment, followed by a three-year term of supervised release, total restitution of $1,162, and a $100 special assessment.

**II.   STATEMENT OF FACTS**

In her plea agreement and during his change of plea hearing, defendant admitted the following:

On August 13, 2021, defendant broke into the Post Office at 28981 Alessandro Blvd., Moreno Valley, California, which is within the Central District of California. Defendant broke into several P.O. boxes, causing $300 in damage. From one of the P.O. Boxes, defendant took a check for $815, which was issued by Union Bank, a financial institution insured by the Federal Deposit Insurance Corporation ("FDIC"), and made payable to M.A.S. In all, defendant stole mail and mail matter belonging to 10 or more persons.

From there, defendant knowingly carried out a scheme to fraudulently obtain money from a financial institution. Defendant

modified the stolen check to be payable to her, signed it, and deposited it on August 16, 2021, through Cash App, into her Square checking account which is serviced by Sutton Bank, an institution insured by the FDIC. Defendant knew that she was not the intended payee and that the alteration she made to the check was false. Defendant's alteration of the check and affixing of her signature caused the financial institutions to part with money that did not belong to her. Defendant engaged in this scheme with the intent to defraud.

### III. SENTENCING GUIDELINES CALCULATIONS

Both the plea agreement and PSR calculate the offense level as follows:

| | | |
|---|---|---|
| Base Offense Level | 7 | U.S.S.G. § 2B1.1(a)(1) |
| Over 10 victims | +2 | U.S.S.G. § 2B1.1(b)(2)(A) |
| Acceptance of Responsibility | -2 | U.S.S.G. § 3E1.1(a) |
| Total Offense Level: | 7 | |

The PSR calculates a criminal history category of II based on 3 criminal history points for her prior convictions (PSR ¶¶ 45-54.) The government agrees with these calculations. This results in a Guideline range of 2 to 8 months' imprisonment.

### IV. THE UNITED STATES' RECOMMENDED SENTENCE AND SECTION 3553(a) ANALYSIS

The United States recommends a sentence of five months' imprisonment, three years of supervised release, restitution of $347 to the United States Postal Service, restitution of $815 to MUFG Union Bank, N.A., and the mandatory $100 special assessment. The United States believes such a sentence appropriately balances the history and characteristics of defendant with the need to reflect the

seriousness of the offense, to protect the public, to deter defendant from further criminal acts, and to promote respect for the law.

    **A.  Nature, Circumstance and Seriousness of the Offense and Characteristics of the Defendant**

    The Court should consider the nature and circumstances of the offense and characteristics of the defendant. 18 U.S.C. § 3553(a)(1). Defendant's conduct in this matter entailed breaking into numerous P.O. Boxes and altering a check to make it payable to herself rather that the intended payee. This conduct is not an aberration. Defendant has eight misdemeanor convictions. Defendant also has three separate felony cases pending in state court. She has also violated the terms and conditions of her pretrial release on multiple occasions. As such, it is clear that the defendant has little respect or regard for the law.

    In mitigation, defendant pleaded guilty in this matter far in advance of trial and saved this court and the government significant resources by readily admitting her conduct.

    **B.  Need to Protect the Public, to Provide Adequate Deterrence, and Promote Respect for the Law**

    This court must also consider the need to protect the public from the defendant and to provide adequate deterrence under 18 U.S.C. §§ 3553(a)(2)(B) & (C). While defendant's criminal history mostly involves controlled substances offenses, which appear to be related to her substance abuse history, she has a lengthy criminal history that includes numerous convictions, law enforcement contacts, and pending criminal charges. Thus, a mid-Guideline sentence is appropriate as it will be the longest that defendant has ever

3

received, and will help protect the public and deter defendant from future criminal activity.

**V.    CONCLUSION**

For the reasons above, the Court should sentence defendant to five months' imprisonment, followed by a three-year period of supervised release, restitution of $347 to the United States Postal Service, restitution of $815 to MUFG Union Bank, N.A., and a mandatory special assessment of $100.

# CERTIFICATE OF SERVICE

I, **REBECCA EVANS,** declare:

That I am a citizen of the United States and resident or employed in Riverside County, California; that my business address is the Office of United States Attorney, 3403 Tenth Street, Suite 200, Riverside, CA 92501; that I am over the age of eighteen years, and am not a party to the above-entitled action; That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy:

**GOVERNMENT'S SENTENCING POSITION FOR DEFENDANT MONICA CASTRUITA**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ X ] By electronic mail as follows:

**USPO Scott Shafer**
**United States Probation Office**
**Scott_shafer@cacp.uscourts.gov**

This Certificate is executed on **November 25, 2022,** in Riverside, California. I certify under penalty of perjury that the foregoing is true and correct.

*Rebecca Evans*
**REBECCA EVANS**